

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KATHY JONES-HOSPOD, | § | No. 08-22-00066-CV |
| Appellant, | § | Appeal from the |
| v. | § | 425th District Court |
| STANLEY HOSPOD, | § | of Williamson County, Texas |
| Appellee. | § | (TC# 19-2565-F425) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The judgment of the trial court awarding Appellee $20,000 in conditional appellate attorney's fees is reversed and we remand this sole issue to the trial court for further proceedings consistent with this court's opinion to assess Appellee's appellate attorney's fees. In all other respects, we affirm the trial court's Final Decree of Divorce.

We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 17TH DAY OF JULY, 2023.

ROY B. FERGUSON, Judge (sitting by assignment)

Before Rodriguez, C.J., Soto, J., and Ferguson, Judge.
Ferguson, Judge (sitting by assignment)